## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

RYAN FRANK,

    Plaintiff,

v.                                                              Case No.: _____

PHOENIX FINANCIAL SERVICES LLC,

    Defendant.

_____/

## **NOTICE OF REMOVAL**

    Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, Phoenix Financial Services, LLC (Phoenix), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Fifth Judicial Circuit, in and for Sumter County, Florida, to the United States District Court for the Middle District of Florida, Ocala Division. The removal of this civil case is proper because:

    1.    Phoenix is a named defendant in this civil action filed by plaintiff, Ryan Frank, ("plaintiff"), in the County Court of the Fifth Judicial Circuit, in and for Sumter County, Florida, titled *Ryan Frank v. Phoenix Financial Services, LLC*, Case No.: 2022SC000544AXMX (hereinafter the "State Court Action").

    2.    Phoenix removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* and the Fair Credit Reporting

Act ("FCRA"), 15 U.S.C. §1681, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), Phoenix has timely filed this Notice of Removal. Phoenix was served with plaintiff's Complaint on June 6, 2022. This Notice of Removal is filed within 30 days of receipt of the Complaint by Phoenix.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Fifth Judicial Circuit, in and for Sumter County, Florida.

WHEREFORE, defendant, Phoenix Financial Services, LLC, hereby removes to this Court the State Court Action.

Dated: July 1, 2022

        Respectfully Submitted,

        */s/ Rachel M. Fleishman*
        Rachel M. Fleishman, Esq.
        Florida Bar No. 1026438
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        SESSIONS, ISRAEL & SHARTLE, L.L.C.
        3350 Buschwood Park Drive, Suite 195
        Tampa, Florida 33618
        Telephone: (813) 775-2170
        Facsimile: (877) 334-0661

>rfleishman@sessions.legal
>dvanhoose@sessions.legal
>*Counsel for Defendant,*
>*Phoenix Financial Services, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of July 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including the described below.

>Philip R. Goldberg, Esq.
>Carolyne V. Moomaw, Esq.
>Seraph Legal, P.A.
>1614 N. 19th Street
>Tampa, FL 33605
>pgoldberg@seraphlegal.com
>cmoomaw@seraphlegal.com
>
>*Counsel for Plaintiff*
>
>
>*/s/ Rachel M. Fleishman*
>Attorney

3