**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

RYAN FRANK,

Plaintiff,                                                            Case No.: 5:22-cv-00300

v.

PHOENIX FINANCIAL SERVICES LLC,

Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, Phoenix Financial Services, LLC, through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 18, 2022

                                                    Respectfully submitted,

                                                    */s/ Rachel M. Fleishman*
                                                    Rachel M. Fleishman, Esq.
                                                    Florida Bar No. 1026438
                                                    Dayle M. Van Hoose, Esq.
                                                    Florida Bar No. 0016277
                                                    Sessions, Israel & Shartle, L.L.C.
                                                    3350 Buschwood Park Drive, Suite 195
                                                    Tampa, Florida 33618
                                                    Telephone: (813) 775-2170

>Facsimile: (877) 334-0661
>rfleishman@sessions.legal
>dvanhoose@sessions.legal
>*Counsel for Defendant,*
>*Phoenix Financial Services, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 18th day of August 2022, a copy of the foregoing was filed electronically via CM/ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including counsel as described below.

>Philip R. Goldberg, Esq.
>Carolyne V. Moomaw, Esq.
>Seraph Legal, P.A.
>1614 N. 19th Street
>Tampa, FL 33605
>pgoldberg@seraphlegal.com
>cmoomaw@seraphlegal.com
>*Counsel for Plaintiff*

>*/s/ Rachel M. Fleishman*
>Attorney