# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

RYAN FRANK,

    Plaintiff,

v.                                     Case No. 5:22-cv-300-JA-PRL

PHOENIX FINANCIAL
SERVICES, LLC,

    Defendants.

---

## ORDER

The Court has been advised by the Defendant that the above-styled action has been completely settled. (Notice of Pending Settlement, Doc. 16).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** on August 18, 2022.

                                        JOHN ANTOON II
                                      United States District Judge

Copies furnished to:
Counsel of Record